Our decree rendered herein on June 30, 1944, is hereby amended to the extent that there is judgment fixing the fees of expert witnesses who testified on the trial of this cause, as follows:
Dr. Charles S. Brown .................................... $25. Dr. D.C. McFuller ....................................... 25. Dr. H.A. Durham ......................................... 25.
And it is ordered that such fees be and the same are hereby taxed as costs herein, together with the stenographic expense of the taking of the deposition of Dr. H.A. Durham in the further amount of $12.50.
It is further ordered that the fee of plaintiff's attorney, Thomas M. Comegys, Jr., be and it is fixed at twenty per cent (20%) upon compensation awarded to be collected and paid out of each weekly installment thereof.
There is judgment refusing rehearing.